**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-cv-24465-BLOOM/Elfenbein

DANIEL BOYLE,
Plaintiff,
v.
CARNIVAL CORPORATION,
Defendant.
_________________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY DEADLINE FOR LIMITED PURPOSES**

THIS CAUSE is before the Court on Plaintiff's Motion to Extend the Discovery Deadline for Limited Purposes, ECF No. [__] ("Motion"). The Court has reviewed the Motion, the record, and is otherwise fully advised. For good cause shown, it is

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1. The deadline to complete discovery, set in the Court's Order Setting Trial and Pre-Trial Schedule, ECF No. 19, is extended from November 24, 2026 to December 4, 2026, solely for the following purposes:

(a) Defendant's production of a legible, native copy of the handrail specification Bates-stamped CARNIVAL 000074; service of a supplemental report by Plaintiff's liability expert limited to that document and any other material produced after November 19, 2026, within seven (7) days after Plaintiff receives a legible copy; and service of Defendant's responsive expert supplement, limited to the same material, within seven (7) days thereafter;

(b) Defendant's production of the information it stated on November 20, 2026 it would investigate — whether CCTV footage exists for the prior incidents identified in Defendant's Supplemental Answer to Interrogatory No. 5 and the identity of the Panorama Bar staff on duty at the time of the incident — and Defendant's response as to whether any HESS policy addresses handrails at passenger stairways and the options available on the cause-analysis field of Defendant's accident report form;

(c) Defendant's service of a corrected response to Request for Production No. 14 under Federal Rule of Civil Procedure 26(e);

(d) the remote depositions of any of the prior-incident passengers identified in Defendant's Supplemental Answer to Interrogatory No. 5 whom either party elects to depose;

(e) a remote deposition of Sugey Morales, not to exceed one hour, limited to the pre-incident recommendation to add a handrail at the subject steps, or a Rule 30(b)(6) designee prepared on that subject, if permitted by the Magistrate Judge; and

(f) presentation to Magistrate Judge Elfenbein, under the Order Setting Discovery Procedures, ECF No. 20, of the parties' disputes concerning the documents requested in Part B of Schedule "A" to Plaintiff's Rule 30(b)(6) notice, the prior-incident records and privilege log, and the deposition of Ms. Morales.

2. All other deadlines in ECF No. 19, including the December 16, 2026 deadline for dispositive and Daubert motions, the March 8, 2027 pretrial submissions, the March 16, 2027 calendar call, and the March 22, 2027 trial period, remain unchanged.

DONE AND ORDERED in Chambers at Miami, Florida, on this ____ day of ______________, 2026.

______________________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record